# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSHUA ROCK,

      Plaintiff,

VS.                             CASE NO. 6:26-cv-378-JA-NWH

CAKE BAKE BAKERY, LLC, and
GWENDOLYN ROGERS,

      Defendants.

_____

### ORDER

This case is before the Court on the Motion for Remand (Doc. 13) filed by Plaintiff. The assigned United States Magistrate Judge has submitted a Report (Doc. 14) recommending that the motion be granted. On March 5, 2026, Defendants filed a Notice of No Objection (Doc. 15) to the Report. Plaintiff has not filed an objection to the Report, and the time for filing objections has passed.

After review of the record in this matter, and noting that no party objects to the Report, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Remand (Doc. 13) is **GRANTED.**

3.      This action is remanded to the County Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2026-CC-736.

4.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on March 19, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Clerk, County Court, Ninth Judicial Circuit in and for Orange County, Florida

2